No. 10–5666. SILVA v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–5668. STAFFORD v. AMMONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–5678. SINGH v. HEATH, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–5680. SMITH v. MAHONEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5682. ELAM v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 10–5686. HILL v. ORTEGON ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–5687. GARCIA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–5688. GUERRERO v. TEXAS;
No. 10–5689. GUERRERO v. TEXAS; and
No. 10–5690. GUERRERO v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 10–5698. LANDIS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–5699. REECE v. SISTO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5709. BARNES v. ALTERNATIVE CAPITAL SOURCE, LLC. Ct. Civ. App. Ala. Certiorari denied.

No. 10–5717. TAYLOR v. GUNNELS ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–5721. PRICE v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–5726. JEBBIA v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.